# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GONZALEZ, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00912-NONE-JLT<br><br>ORDER TO SHOW CAUSE WHY THE CASES SHOULD NOT BE CONSOLIDATED FOR ALL PURPOSES |
| JEWELINA GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KYLE NUNEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01298 NONE JLT |

The Court has been advised that the parties in the case, *Gonzalez v. Nunez*, Case No.1:20-cv-01298 NONE JLT (Doc. 16 at 12), believe the two cases should be consolidated. Indeed, review of the pleadings demonstrates that consolidation would preserve judicial and party resources and avoid inconsistent rulings.  Therefore, the Court **ORDERS**:

///

///

///

1

1. **No later than December 11, 2020**, the parties in *Gonzalez v. State of California*, Case No.1:20-cv-00912 NONE JLT, **SHALL** show cause why the actions should not be consolidated for all purposes.

IT IS SO ORDERED.

Dated:   **December 4, 2020**              /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE